```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHEL W. HILL, #151522
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  RUBEN GARCIA
```

FILED

FEB 20 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00036 LJO |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; [PROPOSED] ORDER THEREON |
| v. | |
| RUBEN GARCIA, | |
| Defendant. | Hon. Lawrence J. O'Neill |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Ruben Garcia, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because due to his employment the time and expense involved for non-substantive court appearances would be both a financial and personal hardship due to loss of income

///

1 | and because his absences could adversely affect his employment status. Defendant wishes to limit the
2 | number of personal court appearances and minimize the time and expense of appearing in court.
3 | This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

5 | Dated: February 20, 2009

RUBEN GARCIA

8 | Dated: February 20, 2009

RACHEL W. HILL
Assistant Federal Defender
Counsel for Defendant
Ruben Garcia

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED: February 20, 2009

LAWRENCE J. O'NEILL, Judge
United States District Court