```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHEL W. HILL, #151522
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  RUBEN GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00036 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING; |
| v. | ORDER |
| RUBEN GARCIA, | Date: January 28, 2011 |
| | Time: 8:45 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for Plaintiff, and RACHEL HILL, Assistant Federal Defender, counsel for Defendant, RUBEN GARCIA, that the sentencing schedule in the above-referenced matter be revised as follows: Informal objections to the Presentence Investigation Report shall be due December 31, 2010; the formal objections shall be due January 14, 2011; and that the sentencing hearing now scheduled for December 17, 2010, shall be continued to January 28, 2011, at 8:45 a.m.

The reason for the requested continuance is that it is necessary to allow the probation officer the ability to adequately address potential eligibility for a sentence below the statutory minimum pursuant to USSG 2D1.1(b)(11).

///

In that regard, Mr. Garcia is scheduled to be interviewed by the Government; however, the interview is after the date currently set for final objection to the PSR.

Respectfully submitted,

BENJAMIN B. WAGNER,
United States Attorney

DATED: November 22, 2010     /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 22, 2010     /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
RUBEN GARCIA

## ORDER

IT IS SO ORDERED.

**Dated: November 23, 2010**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE