1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   RACHEL W. HILL, #151522
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561

5

6   Attorney for Defendant
    RUBEN GARCIA

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,     )   No. 1:09-cr-00036 LJO
                                )
12              *Plaintiff*,     )   STIPULATION TO CONTINUE SENTENCING
                                )   SCHEDULE AND HEARING;
13      v.                    )   [PROPOSED] ORDER
                                )
14   RUBEN GARCIA,          )   Date: February 18, 2011
                                )   Time: 8:45 a.m.
15              *Defendant*.   )   Judge: Hon. Lawrence J. O'Neill
                                )
16   _____ )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19   counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for Plaintiff, and RACHEL

20   HILL, Assistant Federal Defender, counsel for Defendant, RUBEN GARCIA, that the sentencing schedule

21   in the above-referenced matter be revised as follows: The preliminary report shall be due January 7, 2011,

22   the informal objections to the Presentence Investigation Report shall be due January 21, 2011; the formal

23   objections shall be due February 4, 2011; and that the sentencing hearing now scheduled for January 28,

24   2011, shall be continued to February 18, 2011, at 8:45 a.m.

25        Mr. Garcia has been interviewed by the case agent for purposes of assessing his eligibility for

26   safety valve consideration pursuant to USSG 2D1.1(b)(11). The probation officer has not yet received the

27   ///

28   ///

information from the agent regarding his assessment of Mr. Garcia's interview.  The additional time would allow the probation officer to include that assessment in a revised report for the Court's consideration.

Respectfully submitted,

BENJAMIN B. WAGNER,
United States Attorney

DATED: December 17, 2010          /s/  Laurel J. Montoya
                                   LAUREL J. MONTOYA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: December 17, 2010          /s/ Rachel W. Hill
                                   RACHEL W. HILL
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   RUBEN GARCIA

## ORDER

GOOD CAUSE EXISTS DUE TO THE MISSING INFORMATION THAT WOULD BENEFIT THE PROBATION REPORT.

IT IS SO ORDERED.

**Dated:   December 17, 2010**          ____/s/ Lawrence J. O'Neill____
                                   UNITED STATES DISTRICT JUDGE