

FILED

AUG 1 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09-CR-00036 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| RUBEN GARCIA (4), ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The above-named defendant having been released on terms and conditions of supervised release,

IT IS HEREBY ORDERED that the defendant shall be released from custody forthwith under all previously imposed terms and conditions of release. Upon release from custody, the defendant shall report immediately to the U.S. Probation Office in Fresno, California. Furthermore, the defendant is ordered to appear in **Courtroom 8, U.S. District Court, 2500 Tulare Street, Fresno, California on October 17, 2013 at 1:30 p.m.** before the Honorable Barbara A. McAuliffe.

DATED: August 15, 2013

_____
HONORABLE GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

1