HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Ruben Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-CR-00036 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE: June 23, 2014 |
| RUBEN GARCIA, | TIME: 8:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for March 10, 2014, at 8:30 a.m. may be continued to the June 23, 2014 at 8:30 a.m.

Mr. Garcia's supervised release violation is based on conduct which resulted in a state court case. His sentencing in state court has been continued till June 6, 2014, as the Superior Court Judge would like to see proof of continued restitution payments and employment prior to sentencing Mr. Garcia. All the parties in the federal matter would like to see the sentencing result in state court before proceeding on the federal sentencing. The United States Probation Officer is in agreement with the requested continuance.

As this is a sentencing hearing for a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 28, 2014  By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: February 28, 2014  By: /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
RUBEN GARCIA

**O R D E R**

IT IS SO ORDERED.

Dated: **March 3, 2014**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE