HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Ruben Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-0036 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE: July 21, 2014 |
| RUBEN GARCIA, | TIME: 8:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for June 23, at 8:30 a.m. may be continued to the July 21, 2014 at 8:30 a.m.

All the parties in the federal case would like to see the outcome of the sentencing in the state court matter, the sole reason for Mr. Garcia's violation, before proceeding to sentencing on the federal violation of supervision. To allow for this, the additional time is requested.

As this is a sentencing hearing for a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 20, 2014        By:    /s/ Laurel J. Montoya
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 20, 2014        By:    /s/ *Charles J. Lee*
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  RUBEN GARCIA

# **O R D E R**

IT IS SO ORDERED.

Dated:   **May 20, 2014**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE