1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  Ruben Garcia

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 1:09-cr-00036 LJO-SKO
                                     )
12              Plaintiff,           )  STIPULATION AND ORDER TO CONTINUE
                                     )  SENTENCING HEARING
13       vs.                         )
                                     )  DATE:  August 4, 2014
14  RUBEN GARCIA,                    )  TIME:  8:30 a.m.
                                     )  JUDGE: Hon. Lawrence J. O'Neill
15              Defendant.           )
                                     )
16  _____    )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel that the sentencing hearing in the above-captioned matter now set for July 21,

19  at 8:30 a.m. may be continued to the August 4, 2014 at 8:30 a.m.

20       Defense has just provided some paperwork to the government regarding Mr. Garcia's

21  state case, the basis of the violation, as well as proof of Mr. Garcia's continued counseling and

22  restitution payments. The parties would like some additional time to review the documents.

23  Defense counsel additionally has a scheduling conflict on the current date and requests the future

24  date for continuity of counsel purposes. The government has no objection to the requested

25  continuance.

26       As this is a sentencing hearing for a supervised release violation, no exclusion of time is

27  necessary under the Speedy Trial Act.

28  ///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 8, 2014          By:     /s/ *Laurel J. Montoya*
                                     LAUREL J. MONTOYA
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: July 8, 2014          By:     /s/ *Charles J. Lee*
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     RUBEN GARCIA

**O R D E R**

IT IS SO ORDERED.

   Dated:  **July 9, 2014**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE